```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
                                                                        :
BRAND NEW ENTERTAINMENT, LLC,                                           :
                                                                        :
                        Plaintiff,                                      :
                                                                        :       25 Civ. 7793 (JPC)
        -v-                                                             :
                                                                        :       ORDER
VIVICA A. FOX, et al.,                                                  :
                                                                        :
                        Defendants.                                     :
                                                                        :
------------------------------------------------------------------------X
```

JOHN P. CRONAN, United States District Judge:

Plaintiff has filed an affidavit reflecting that, on October 10, 2025, Plaintiff served Defendant Vivica A. Fox with copies of the Summons and Complaint. Dkt. 7. Fox's deadline to respond to the Complaint was therefore October 31, 2025. *See* Fed. R. Civ. P. 12(a)(1)(A)(i). That deadline has passed, and the docket does not reflect a response to the Complaint from Fox. Accordingly, the Court extends *sua sponte* Fox's deadline to respond to the Complaint until December 1, 2025. If Fox once again fails to respond to the Complaint by her deadline to do so, Plaintiff shall seek a Certificate of Default by December 8, 2025.

Plaintiff is directed to mail a copy of this Order by First Class Mail to the address at which Fox was served with the Summons and Complaint, and to file proof of service on the docket within two days of such service.

In light of the foregoing, Plaintiff's motion for entry of default, Dkt. 8, is denied. The Clerk of Court is respectfully directed to close Docket Number 8.

SO ORDERED.

Dated: November 21, 2025                        _____
       New York, New York                              JOHN P. CRONAN
                                                       United States District Judge