UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------------X
                 :

BRAND NEW ENTERTAINMENT, LLC,       :

             Plaintiff,     :

               :        25 Civ. 7793 (JPC)

      -v-          :

               :        <u>ORDER</u>

VIVICA A. FOX and SHEILA LEGETTE,   :

               :

          Defendants.   :

               :
----------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

The Amended Complaint was filed on September 26, 2025.  Dkt. 4.  Defendant Sheila Legette has not appeared in this action, and the docket does not reflect whether Legette has been served.  Pursuant to Federal Rule of Civil Procedure 4(m), "[i]f a defendant is not served within 90 days after the complaint is filed, the court—on motion or on its own after notice to the plaintiff—must dismiss the action without prejudice against that defendant or order that service be made within a specified time."  Fed. R. Civ. P. 4(m).  Nor has Plaintiff requested an extension of time to serve Legette.

Accordingly, Plaintiff is ordered to file a status letter by January 6, 2026, describing (1) whether service of the Summons and Amended Complaint has been made on Legette, and if not, (2) why good cause exists to excuse Plaintiff's failure to serve Legette within the 90-day deadline set by Rule 4(m).  *See* Fed. R. Civ. P. 4(m) ("[I]f the plaintiff shows good cause for the failure, the court must extend the time for service for an appropriate period.").  The Court reminds Plaintiff that "[t]o establish good cause a plaintiff must demonstrate that despite diligent attempts, service could not be made due to exceptional circumstances beyond his or her control." *Deptula v. Rosen*, 558 F. Supp. 3d 73, 75 (S.D.N.Y. 2021) (internal quotation marks omitted).

Plaintiff must file this letter even if service of the Summons and Amended Complaint is or has already been made on Legette.  If Legette has been served, Plaintiff must also file proof of service on the docket no later than January 6, 2026.  If no such letter is filed, the Court may dismiss the claims as to Legette for failure to prosecute.

SO ORDERED.

Dated: December 30, 2025
       New York, New York

JOHN P. CRONAN
United States District Judge