# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF NEW YORK

BRAND NEW ENTERTAINMENT, LLC,

Plaintiff,

v.

VIVICA A. FOX and SHEILA LEGETTE,

individually and doing business as

SHEILA LEGETTE ENTERTAINMENT (SLE),

Defendants.

25 CV 7793 (JPC)

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), a plaintiff may file a stipulation of dismissal signed by all parties who have appeared to dismiss an action without a court order. *Accord* Fed. R. Civ. P. 41(a)(1)(B) (permitting stipulation of dismissal with prejudice). Accordingly, this action is dismissed with prejudice in its entirety and the Clerk of Court is respectfully directed to close this case.

SO ORDERED.

January 27, 2026

New York, New York

JOHN P. CRONAN
United States District Judge

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Brand New Entertainment, LLC and its principal Oluwole Ogundare and Defendants Vivica A. Fox and Sheila Legette hereby stipulate and agree that the above-captioned action is dismissed in its entirety, with prejudice.

Each party shall bear its own attorneys' fees and costs.

SO ORDERED.

Dated: 1/12/26

AF.9508

Counsel for Plaintiff

Counsel for Defendant